AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Willie Joe Sturkey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:19-cv-03137-RMG |
| Deputy Brogden, Unknown Constable, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Willie Joe Sturkey, shall take nothing of Defendants, Deputy Brogden and Unknown Constable, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice and without issuance and service of process. This action counts as a strike pursuant to 28 U.S.C. § 1915(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:    March 18, 20209                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/H.Adaway

                                                                   *Signature of Clerk or Deputy Clerk*